TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00309-CV

Roy B. Blizzard, III and Donna E. Blizzard, Appellants

v.

Law Offices of Travis R. Phillips, P.C., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 94-00272, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Joint Motion

Filed: December 6, 1995

Do Not Publish